IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN G. BROWN,

               Plaintiff,

     vs.

EARTH SOUND, INC., a Nebraska
Corporation;  KENNY ENERGY, L.L.C., a
Nebraska Limited Liability Company; and
JAMES KENNY,

               Defendants.

**4:12CV3001**

**AMENDED PROGRESSION ORDER**


Pursuant to the oral request to continue the trial by counsel today,

IT IS ORDERED that the amended progression order is as follows:

1)     The jury trial of this case is set to commence before Warren K. Urbom, Senior United States District Judge, in Courtroom 4, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **June 5, 2013**, or as soon thereafter as the case may be called, for a duration of two (2) trial days.  A conference with counsel will be held in Judge Urbom's chambers at 8:30 a.m. on the first day of trial.  Jury selection will be held at the commencement of trial.

2)     The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **May 13, 2013** at **2:00 p.m.**, and will be conducted by WebEx conferencing.  To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by noon on May 13, 2013.  An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.


March 12, 2013.

               BY THE COURT:

               *s/ Cheryl R. Zwart*
               United States Magistrate Judge